## 53221. ASKEW v. THE STATE.

QUILLIAN, Presiding Judge.

Moses Askew appeals his conviction for unlawful possession of a sawed-off shotgun in violation of the Criminal Code of Georgia (Code Ann. § 26-9911a; Ga. L. 1968, pp. 983, 984). He enumerates as error the general grounds. His co-accused testified that defendant was the owner and in possession of the prohibited weapon. His testimony was corroborated by the circumstances. *Turner v. State,* 235 Ga. 826, 827 (221 SE2d 590). The sufficiency of corroboration is for the jury. *Jackson v. State,* 236 Ga. 895 (3) (225 SE2d 908). We find the evidence sufficient to affirm the finding of guilty of the jury. *Evans v. State,* 139 Ga. App. 607 (3) (229 SE2d 88); *Green v. State,* 139 Ga. App. 652 (1) (229 SE2d 129).

*Judgment affirmed. Stolz and Shulman, JJ., concur.*

SUBMITTED JANUARY 11, 1977 — DECIDED
FEBRUARY 8, 1977.

*Allison W. Davidson,* for appellant.
*E. Mullins Whisnant, District Attorney,* for appellee.